# Court of Appeals
# of the State of Georgia

ATLANTA, February 07, 2025

*The Court of Appeals hereby passes the following order:*

**A25D0229. ANTWON EARLS v. THE STATE.**

Antwon Earls was convicted of armed robbery and related charges, and we affirmed his conviction on direct appeal. See *Earls v. State*, A21A0261 (Apr. 23, 2021). In November 2024, Earls filed a motion which the trial court construed as a motion in arrest of judgment. The court found that the motion was untimely and dismissed it on December 2, 2024. Earls then filed this application on January 18, 2025. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, Earls's application was filed 47 days after entry of the order he seeks to appeal and is thus untimely.

Accordingly, we lack jurisdiction to consider this application for discretionary appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/07/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*